David A. Berkley (Bar No. 260105)
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Email: David.Berkley@wbd-us.com

Attorneys for Movant
THE HUNTINGTON NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| In re:<br><br>JHT PARTNERS, INC<br><br>Debtor(s) | CASE NO. 9:24BK11040<br><br>Chapter 7<br><br>**AMENDED NOTICE OF CONTINUANCE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2022 CHEVROLET SUBURBAN, 1GNSCCKDXNR318428** |
|---|---|

AMENDED NOTICE OF CONTINUANCE

**TO ALL PARTIES AND THEIR ATTOENYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the Court's own motion, the Hearing on Motion for relief from the automatic stay re: 2022 Chevrolet Suburban, 1GNSCCKDXNR318428 has been continued to December 3, 2024, at 9:00 a.m. PST located at the Court listed above, Courtroom 201, 1415 State St., Santa Barbara, CA 93101. David A. Berkley is ordered to give notice.

DATED: November 7, 2024        **WOMBLE BOND DICKINSON (US) LLP**

By: _____
David A. Berkley
Attorneys for Movant
THE HUNTINGTON NATIONAL BANK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**400 Spectrum Center Drive, Suite 1700, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled:
**AMENDED NOTICE OF CONTINUANCE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2022 CHEVROLET SUBURBAN, 1GNSCCKDXNR318428**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/07/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Cramer        secured@becket-lee.com
William C Beall           will@beallandburkhardt.com
Sandra McBeth             jwalker@mcbethlegal.com
Jonathan Arias            jarias@zwickerpc.com
United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **11/07/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

JHT Partners, Inc
4180 Via Real, Suite B
Carpinteria, CA 93013

Registered Agent: Jonathan Light
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010

JHT Partners, Inc
100 Ranch Road, Ste 7
Thousand Oaks, CA 91362

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/07/2024** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/2024 | Sul Lee | /s/ Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |